UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| JUSTEN MISKIEWICZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19cv-528 |
| COMMISSIONER OF SOCIAL SECURITY, | ) Honorable Phillip J. Green |
| Defendant. | ) |

**JUDGMENT AWARDING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment in plaintiff's favor against defendant in the amount of $1,435.00 as full and final adjudication of EAJA fees and expenses in this action.

Dated:  April 27, 2020                    /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge